UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BUILDING SERVICE 32BJ HEALTH FUND,
BUILDING SERVICE 32BJ SUPPLEMENTAL
RETIREMENT AND SAVINGS PLAN,

        Plaintiffs,

-against-

WHELAN SECURITY MID ATLANTIC LLC,

        Defendant.

Index No. 19 cv 6211

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, that the above-captioned action is dismissed without prejudice in accordance with Rule 41 of the Federal Rules of Civil Procedure, with each party to bear their own costs, disbursements and attorneys' fees.

| | |
|---|---|
| EPSTEIN BECKER & GREEN, P.C.<br>*Attorneys for Defendant*<br>250 Park Avenue<br>New York, New York 10177<br>T: 212-351-4500 | RAAB, STURM & GANCHROW, LLP<br>*Attorneys for Plaintiffs*<br>2125 Center Avenue, Suite 100<br>Fort Lee, New Jersey 07024<br>T: 201-292-0150 |
| By: _____<br>John Houston Pope | By: _____<br>Samuel R. Bloom |
| Dated: September 27, 2019 | Dated: September 27, 2019 |